## Case No. 11,836.
### RILEY v. COOPER.
[1 Cranch, C. C. 166.][1]
Circuit Court, District of Columbia. June Term. 1804.

TRIAL—EXAMINATION OF WITNESS AFTER JURY RETIRED.

After the jury has retired and returned into court to give their verdict. the court will not

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

permit a witness to be examined who has come into court since the jury retired.

The jury having retired and returned, and being asked, said they had agreed on their verdict.

E. J. Lee prayed. before the jury declared their verdict, to examine a witness for the defendant who had come in since the jury retired.

Refused by THE COURT. Verdict for the plaintiff, $20.